**Order entered January 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00985-CR

**OCZAVEONE JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F12-60601-X**

## ORDER

On November 13, 2014, this Court ordered the trial court to prepare and file, within fifteen days, a certification of appellant's right to appeal. To date, we have not received the certification. The trial court is required to is required to prepare a certification of the right to appeal in each case in which the defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6, to prepare and file with this Court, within **TEN DAYS** of the date of this order, a completed certification of appellant's right to appeal.

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/  ADA BROWN
    JUSTICE